**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF NEW YORK

Case number *(if known)* _____   Chapter   **7**

☐ Check if this an
   amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Air Kool Mechanical Contracting Inc.** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **13-4102560** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **451 N Rte 9W**<br>**Congers, NY 10920**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Rockland**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **airkoolny.com** |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor   **Air Kool Mechanical Contracting Inc.**                                    Case number (*if known*) _____
     Name

---

**7.** **Describe debtor's business**

   A. *Check one:*

   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

   ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

   ☐ Railroad (as defined in 11 U.S.C. § 101(44))

   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

   ■ None of the above

   B. *Check all that apply*

   ☐ Tax-exempt entity (as described in 26 U.S.C. §501)

   ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

   ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
      See http://www.uscourts.gov/four-digit-national-association-naics-codes.
      __3334__

---

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

   *Check one:*

   ■ Chapter 7

   ☐ Chapter 9

   ☐ Chapter 11. *Check **all** that apply*:

      ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

      ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

      ☐ A plan is being filed with this petition.

      ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

      ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

      ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

   ☐ Chapter 12

---

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

   ■ No.

   ☐ Yes.

| District | When | Case number |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |

---

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

   ■ No

   ☐ Yes.

| Debtor | | Relationship | |
|---|---|---|---|
| _____ | | _____ | |
| District | When | Case number, if known | |

---

| Debtor | **Air Kool Mechanical Contracting Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

Contact name _____

Phone _____

---

█  **Statistical and administrative information**

**13. Debtor's estimation of available funds**   .   *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ■ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Debtor | **Air Kool Mechanical Contracting Inc.** | Case number (*if known*) |
|---|---|---|
| | Name | |

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December 4, 2020**
MM / DD / YYYY

**X** **/s/ Beth Blanco**                                                    **Beth Blanco**
Signature of authorized representative of debtor              Printed name

Title    **Executor of E/O Carlos Blanco - Sole Shareholder**

---

**18. Signature of attorney**

**X** **/s/ Lewis W. Siegel**                    Date **December 4, 2020**
Signature of attorney for debtor                     MM / DD / YYYY

**Lewis W. Siegel**
Printed name

**Lewis W. Siegel**
Firm name

**60 East 42nd Street - Suite 4000**
**New York, NY 10165**
Number, Street, City, State & ZIP Code

Contact phone    **(212) 286-0010**        Email address    **LWS@LWSEsq.com**

**NY**
Bar number and State

**Fill in this information to identify the case:**

Debtor name   **Air Kool Mechanical Contracting Inc.**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF NEW YORK

Case number (if known)   _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■ *Schedule H: Codebtors* (Official Form 206H)

■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule*

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration   _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   __**December 4, 2020**__      X **/s/ Beth Blanco**
                                             Signature of individual signing on behalf of debtor

                                             **Beth Blanco**
                                             Printed name

                                             **Executor of E/O Carlos Blanco - Sole Shareholder**
                                             Position or relationship to debtor

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   **Air Kool Mechanical Contracting Inc.**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF NEW YORK

Case number (if known)   _____

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                12/15

| Part 1: | Summary of Assets |
|---|---|

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.............................................................................................  $         **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*..........................................................................................  $       **89,927.00**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*............................................................................................  $       **89,927.00**

| Part 2: | Summary of Liabilities |
|---|---|

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................  $     **114,081.00**

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................  $      **98,395.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................................  +$    **236,931.00**

4.  **Total liabilities** .................................................................................................................
    Lines 2 + 3a + 3b

| $ | **449,407.00** |
|---|---|

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Air Kool Mechanical Contracting Inc.** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property                     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:       Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.     **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Chase** | **Checking** | **1643** | $710.00 |
| 3.2. | **Chase** | **Checking** | **0454** | $0.00 |
| 3.3. | **Capital One Spark - might be closed** | **Checking** | **5545** | Unknown |

4.     **Other cash equivalents** *(Identify all)*

5.     **Total of Part 1.**
       Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.                                    | $710.00 |

**Part 2:       Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7.     **Deposits, including security deposits and utility deposits**
       Description, including name of holder of deposit

| 7.1. | **Possible lease security deposit on 451 Rte 9W, Congers, NY 10920** | Unknown |
|---|---|---|

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | **Air Kool Mechanical Contracting Inc.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

8.      **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
        Description, including name of holder of prepayment

9.      **Total of Part 2.**                                                                          $0.00
        Add lines 7 through 8. Copy the total to line 81.

### Part 3:    Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.     **Accounts receivable**

11a. 90 days old or less:       59,823.00      -       0.00     = ....      $59,823.00
                             face amount            doubtful or uncollectible accounts

11b. Over 90 days old:          9,394.00       -       0.00     =....       $9,394.00
                             face amount            doubtful or uncollectible accounts

12.     **Total of Part 3.**                                                                      $69,217.00
        Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

### Part 4:    Investments

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

### Part 5:    Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.  **Raw materials** | | | | |
| 20.  **Work in progress** | | | | |
| 21.  **Finished goods, including goods held for resale** **Custom AC unit canceled by customer** | | $20,000.00 | | $20,000.00 |
| 22.  **Other inventory or supplies** **Miscellaneous supplies and  inventory in warehouse/garage** | | Unknown | | Unknown |

| Debtor | **Air Kool Mechanical Contracting Inc.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

**23.** **Total of Part 5.**

Add lines 19 through 22.  Copy the total to line 84.

<div align="right">$20,000.00</div>

**24.** **Is any of the property listed in Part 5 perishable?**

■ No

☐ Yes

**25.** **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

■ No

☐ Yes. Book value _____ Valuation method _____ Current Value _____

**26.** **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

■ No

☐ Yes

---

**Part 6:** **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.

☐ Yes Fill in the information below.

---

**Part 7:** **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.

■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** **Office furniture** Miscellaneous office furniture | **Unknown** | | **Unknown** |
| **40.** **Office fixtures** | | | |
| **41.** **Office equipment, including all computer equipment and communication systems equipment and software** Miscellaneous office equipment | **Unknown** | | **Unknown** |
| **42.** **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

**43.** **Total of Part 7.**

Add lines 39 through 42.  Copy the total to line 86.

<div align="right">$0.00</div>

**44.** **Is a depreciation schedule available for any of the property listed in Part 7?**

■ No

☐ Yes

**45.** **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

■ No

☐ Yes

---

**Part 8:** **Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Air Kool Mechanical Contracting Inc.** | Case number *(If known)* _____ |
|---|---|---|
| | Name | |

☐ No.  Go to Part 9.

☑ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.** | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | |
| 47.1. **2013 GMC Savanna Van - 8 cyl - ID 1GTW7FCA1D11 08690**<br>**2012 Chevrolet Express Van - 8 cyl I - ID 1GCWGFCAXC 1150306**<br>**2011 GMC Savanna - 8 cyl - ID 1GTW7FCA5811 56884**<br>**2004 Chevrolet SLV Pickup - 8 cyl ID 1GCHK24454 E293215**<br>**2015 Chevrolet Express Van - 8 cyl  - ID 1GCWGFF3F 1101704**<br>**2005 Toyota Sienna - 6 cyl Minivan ID 5TDBA23C55 S044362**<br>**2012 Toyota Rav4 - 4 cyl - subn ID 2T3BF4DVXCW 26593**<br>**2012 Chevrolet Express Van - 8 cyl - ID 1GCWGFCA6C11 46799** | Unknown | | Unknown |
| 47.2. **2016 GMC Sierra Pickup - 8 cyl - ID 1GTN2LEC 1GZ17 5223** | Unknown | | Unknown |
| 47.3. **2018 Chevrolet Express Van - 8 cyl ID 1GCWGAFG35 1194034** | Unknown | | Unknown |
| 47.4. **2019 Chevrolet Express Van - 8 cyl ID 1GCWGAFG3K11 44817 / 2017 Toyota Sienna - 6 cyl - Minivan ID 5TDJZ3DC1 HS159487** | Unknown | | Unknown |
| 47.5. **2017 Chewvrolet Silverado Pickup VIN 3GCUKREC5HG176987** | Unknown | | Unknown |
| **48.** | **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | |
| **49.** | **Aircraft and accessories** | | |
| **50.** | **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>**Miscellaneous tools, etc in warehouse** | Unknown | | Unknown |

| **51.** | **Total of Part 8.** | | | $0.00 |
|---|---|---|---|---|
| | Add lines 47 through 50.  Copy the total to line 87. | | | |

**52.**    **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

| Debtor | **Air Kool Mechanical Contracting Inc.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

■ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 9:    Real property**

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **451 N Route 9W, Congers NY  10920** | **Lease** | **$0.00** | | **$0.00** |

56.    **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

|  |
|---|
| **$0.00** |

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 10:    Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets name - Air Kool Mechanical Inc.** | **Unknown** | | **Unknown** |
| 61. | **Internet domain names and websites AirKoolNY.com** | **Unknown** | | **Unknown** |
| 62. | **Licenses, franchises, and royalties** | | | |
| 63. | **Customer lists, mailing lists, or other compilations** | | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

| Debtor | **Air Kool Mechanical Contracting Inc.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| Customer list and mailing list | | Unknown | Unknown |

| 64. | **Other intangibles, or intellectual property** | | |
|---|---|---|---|
| 65. | **Goodwill**<br>**name recognition and excellent reputation in**<br>**County for 50 years** | Unknown | Unknown |

| 66. | **Total of Part 10.**<br>Add lines 60 through 65. Copy the total to line 89. | **$0.00** |
|---|---|---|

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107)**?**
☐ No
☑ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☑ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
  Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No.  Go to Part 12.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Air Kool Mechanical Contracting Inc.** | Case number *(If known)* |
|---|---|---|
| | Name | |

<div style="background:black;color:white">Part 12:</div> **Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $710.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $69,217.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $20,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $89,927.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $89,927.00 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   **Air Kool Mechanical Contracting Inc.**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

| 2.1 | **Bank of America** | Describe debtor's property that is subject to a lien | **$0.00** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**PO Box 2759
Jacksonville, FL 32203**

Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**2017**
Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**2017 Chewvrolet Silverado Pickup VIN 3GCUKREC5HG176987**

Describe the lien
**Purchase Money Security**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.2 | **GM Financial** | Describe debtor's property that is subject to a lien | **$0.00** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**PO Box 1510
Cockeysville, MD 21030**

Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**2018**
Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

Describe debtor's property that is subject to a lien
**2018 Chevrolet Express Van - 8 cyl ID 1GCWGAFG35 1194034**

Describe the lien
**Purchase Money Security**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

| Debtor | Air Kool Mechanical Contracting Inc. | | Case number *(if known)* | |
| | Name | | | |

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | JPMorgan Chase Legal Dept | Describe debtor's property that is subject to a lien | $100,000.00 | Unknown |

Creditor's Name

**1985 Marcus Avenue - NY2-M352
New Hyde Park, NY 11042**

Creditor's mailing address

**All Assets**

**Describe the lien**
**Security Interest**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**2001**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.4 | Rhinebeck Bank | Describe debtor's property that is subject to a lien | $14,081.00 | Unknown |

Creditor's Name

**2 Jefferson Plaza
Poughkeepsie, NY 12601**

Creditor's mailing address

**2016 GMC Sierra Pickup - 8 cyl - ID 1GTN2LEC 1GZ17 5223**

**Describe the lien**
**Security Interest**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2019**

**Last 4 digits of account number**
**8045**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.5 | TD Auto Finance | Describe debtor's property that is subject to a lien | Unknown | Unknown |

Creditor's Name

**PO Box 9223
Farmington, MI 48333**

Creditor's mailing address

**2019 Chevrolet Express Van - 8 cyl ID 1GCWGAFG3K11 44817 / 2017 Toyota Sienna - 6 cyl - Minivan ID 5TDJZ3DC1 HS159487**

**Describe the lien**
**Security Interest**

**Is the creditor an insider or related party?**
■ No

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor    **Air Kool Mechanical Contracting Inc.**                                    Case number *(if known)* _____

           Name

Creditor's email address, if known                  ☐ Yes
                                                     **Is anyone else liable on this claim?**

**Date debt was incurred**                          ■ No
**2019**
**Last 4 digits of account number**                 ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**4115**
**Do multiple creditors have an**                   **As of the petition filing date, the claim is:**
**interest in the same property?**                  Check all that apply

■ No                                                 ☐ Contingent
☐ Yes. Specify each creditor,                        ☐ Unliquidated
including this creditor and its relative              ☐ Disputed
priority.

---

3.   **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    | $114,081.00 |

**Part 2:**   **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Air Kool Mechanical Contracting Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
    with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**IRS - Bankruptcy<br>PO Box 7346<br>Philadelphia, PA 19101-7346** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | **$98,395.00** | **Unknown** |
| | Date or dates debt was incurred<br>**1st and 2nd Qtr 2020** | Basis for the claim:<br>**Payroll Taxes** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.2 | Priority creditor's name and mailing address<br>**NJ Division of Taxation<br>Special Procedures Branch<br>Trenton, NJ 08646** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **Unknown** |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Air Kool Mechanical Contracting Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**NY State Dept. of Tax & Finance - Insolvency Unit**
**Building 8, Room 703**
**Albany, NY 12227**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Sales Taxes**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**NY State Dept. of Tax & Finance - Insolvency Unit**
**Building 8, Room 703**
**Albany, NY 12227**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Corporate taxes**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| 3.1 | Nonpriority creditor's name and mailing address | $234.00 |

**Aaron & Company**
**1 Union Ave**
**Brielle, NJ 08730**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: **Supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | $355.00 |
|---|---|---|

**AARP Dental Plan**
**P.O. Box 1870**
**Alpharetta, GA 30023**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: **Insurance**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | $915.00 |
|---|---|---|

**Abco Refrigeration**
**49 70 31 St**
**Long Island City, NY 11101**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: **Supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Air Kool Mechanical Contracting Inc.** | Case number (*if known*) | |
| | Name | | |

---

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| | **Allstate - Steve Vitello Ins**<br>**22 Liberty Square**<br>**Stony Point, NY 10980** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:  Insurance** | |
| | Last 4 digits of account number  **7480** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$474.00** |
| | **American Compressed Gasses Inc**<br>**189 Central Ave**<br>**Westwood, NJ 07675** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:  Supplies** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| | **American Express Bkcy**<br>**200 Vesey Street**<br>**New York, NY 10285** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:  Global Merchants Services** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$22.00** |
| | **Auto Plus**<br>**260 Route 9W**<br>**Haverstraw, NY 10927** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:  Supplies** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,742.00** |
| | **Bank of America - Bkcy Dept**<br>**4161 Piedmont Pkwy**<br>**Greensboro, NC 27410** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:  Credit card purchases, cash advances, balance transfers, interest** | |
| | Last 4 digits of account number  **5726** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$157.00** |
| | **Beckerle Lumber**<br>**79 Lake Rd.**<br>**Congers, NY 10920** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:  Supplies** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,750.00** |
| | **Capital One - Bankruptcy**<br>**PO Box 30285**<br>**Salt Lake City, UT 84130** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:  Credit card purchases, cash advances, balance transfers, interest** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| Debtor | **Air Kool Mechanical Contracting Inc.** | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.11** | **Nonpriority creditor's name and mailing address**

**Careington Intl**
**7400 Gaylord Parkway**
**Frisco, TX 75034**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Insurance**

Is the claim subject to offset? ☒ No ☐ Yes

**$47.00**

---

**3.12** | **Nonpriority creditor's name and mailing address**

**Chase -Bankruptcy Department**
**201 N. Central**
**Attn: A21-1196**
**Phoenix, AZ 85004**

Date(s) debt was incurred _

Last 4 digits of account number  **4497**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Chaseink-Credit card purchases, cash advances, balance transfers, interest**

Is the claim subject to offset? ☒ No ☐ Yes

**$65,199.00**

---

**3.13** | **Nonpriority creditor's name and mailing address**

**Chase -Bankruptcy Department**
**201 N. Central**
**Attn: A21-1196**
**Phoenix, AZ 85004**

Date(s) debt was incurred _

Last 4 digits of account number  **2003**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  **SBA Loan under Covid - may not be payable**

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.14** | **Nonpriority creditor's name and mailing address**

**Chase -Bankruptcy Department**
**201 N. Central**
**Attn: A21-1196**
**Phoenix, AZ 85004**

Date(s) debt was incurred _

Last 4 digits of account number  **2001**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Line of Credit**

Is the claim subject to offset? ☒ No ☐ Yes

**$95,758.00**

---

**3.15** | **Nonpriority creditor's name and mailing address**

**Citi Bankruptcy Dept**
**Citibank/Citgroup President**
**P.O. Box 6500**
**Sioux Falls, SD 57117**

Date(s) debt was incurred _

Last 4 digits of account number  **6573**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Drivers Edge - Credit card purchases, cash advances, balance transfers, interest**

Is the claim subject to offset? ☒ No ☐ Yes

**$11,477.00**

---

**3.16** | **Nonpriority creditor's name and mailing address**

**Citi Bankruptcy Dept**
**Citibank/Citgroup President**
**P.O. Box 6500**
**Sioux Falls, SD 57117**

Date(s) debt was incurred _

Last 4 digits of account number  **4561**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit card purchases, cash advances, balance transfers, interest**

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.17** | **Nonpriority creditor's name and mailing address**

**D&B Building Solutions LLC**
**444 John F Kennedy Dr North**
**Bloomfield, NJ 07003**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Daikin Stm - Cust #607531 Rockland Sewage**

Is the claim subject to offset? ☒ No ☐ Yes

**$6,000.00**

---

| Debtor | **Air Kool Mechanical Contracting Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$422.00** |
|---|---|---|---|

**Dannys Service Center**
**66 South Rt 9W**
**Haverstraw, NY 10927**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,365.00** |
|---|---|---|---|

**Erie Insurance**
**100 Erie Insurance Place**
**Erie, PA 16530**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Insurance**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,156.00** |
|---|---|---|---|

**First Insurance Funding**
**450 Skokie Blvd. Ste. 1000**
**Northbrook, IL 60062**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Insurance**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Gil-Bar Industries**
**5 W 19th St**
**New York, NY 10011**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$140.00** |
|---|---|---|---|

**Grainger**
**505 Saw Mill River Rd**
**Elmsford, NY 10523**

Date(s) debt was incurred _

Last 4 digits of account number  **4219**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **membership**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,413.00** |
|---|---|---|---|

**Hartford W/C**
**690 Asylum Avenue**
**Hartford, CT 06155**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Insurance**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Home Depot Commercial Account**
**6716 Grade Lane**
**Building 9 - Suite 910**

Date(s) debt was incurred _

Last 4 digits of account number  **5048**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Air Kool Mechanical Contracting Inc.** | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$75.00** |
|---|---|---|---|
| | **Jan-Pro Cleaning Systems**<br>**15 North Mill Street**<br>**Nyack, NY 10960** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Services__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,498.00** |
|---|---|---|---|
| | **Johnstone Supply**<br>**66 Brockway Pl**<br>**White Plains, NY 10601** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Supplies__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$115.00** |
|---|---|---|---|
| | **M-C-N Distributors, Inc.**<br>**300 N Connecting Rd**<br>**Islandia, NY 11749** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Supplies__ | |
| | Last 4 digits of account number __2843__ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$246.00** |
|---|---|---|---|
| | **Mestex Inc.**<br>**4830 Transport Dr**<br>**Dallas, TX 75247** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Supplies__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$329.00** |
|---|---|---|---|
| | **Nazzaro Disposal Inc.**<br>**441 N Route 9W**<br>**Congers, NY 10920** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Services__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$281.00** |
|---|---|---|---|
| | **Pest Shield Corp.**<br>**51 Wayne Ave**<br>**Suffern, NY 10901** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Services__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$32.00** |
|---|---|---|---|
| | **Pitney Bowes, Inc.**<br>**2225 American Drive**<br>**Neenah, WI 54956** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Supplies__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **Air Kool Mechanical Contracting Inc.** | Case number (*if known*) | |
| | Name | | |

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$120.00** |
|---|---|---|---|
| | **R.ED. Michel Company LLC**<br>**73 Windsor Highway**<br>**New Windsor, NY 12553** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$516.00** |
|---|---|---|---|
| | **Ramapo Wholesaler**<br>**53 Kennedy Dr**<br>**Spring Valley, NY 10977** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Supplies** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Right Click Solutions LLC**<br>**27 Radio Cir Dr #104**<br>**Mount Kisco, NY 10549** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Services** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Sunbelt Rentals Inc.**<br>**PO Box 409211**<br>**Atlanta, GA 30384** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number  **0596** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$152.00** |
|---|---|---|---|
| | **ULine**<br>**PO Box 88741**<br>**Chicago, IL 60680** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Supplies** | |
| | Last 4 digits of account number  **1063** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$264.00** |
|---|---|---|---|
| | **Unifirst Uniforms**<br>**53 Kennedy Dr**<br>**Whippany, NJ 07981** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Uniforms** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **United Healthcare**<br>**P.O. Box 1459**<br>**Minneapolis, MN 55440** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Insurance** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com | |

| Debtor | Air Kool Mechanical Contracting Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10.00 |
|---|---|---|---|

**Verizon**
**PO Box 16801**
**Newark, NJ 07101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Telephone services**

Is the claim subject to offset? ■ No ☐ Yes

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,193.00 |
|---|---|---|---|

**Vinny's Automotive**
**195 Rte 9W**
**Congers, NY 10920**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Auto parts and serices**

Is the claim subject to offset? ■ No ☐ Yes

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,850.00 |
|---|---|---|---|

**Wheel Inn Realty Inc.**
**451 N Route 9W**
**Congers, NY 10920**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Rent**

Is the claim subject to offset? ■ No ☐ Yes

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $624.00 |
|---|---|---|---|

**WinSupply Inc.**
**3110 Kettering Blvd.**
**Dayton, OH 45439**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Citibank Bankruptcy**<br>**PO Box 6000**<br>**Sioux Falls, SD 57117** | Line  **3.15**<br>☐ Not listed. Explain ____ | _ |
| 4.2 | **NYS Dept. of Taxation &**<br>**Finance**<br>**Queens District Office**<br>**80-02 Kew Gardens Road**<br>**Kew Gardens, NY 11415** | Line  **2.3**<br>☐ Not listed. Explain ____ | _ |
| 4.3 | **State of New York**<br>**Office of the Attorney General**<br>**120 Broadway**<br>**New York, NY 10271** | Line  **2.3**<br>☐ Not listed. Explain ____ | _ |

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | |
| 5b. Total claims from Part 2 | 5b. | + $ | 98,395.00 |

| Debtor | **Air Kool Mechanical Contracting Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

|  | | 236,931.00 |
|---|---|---|
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 335,326.00 |

**Fill in this information to identify the case:**

Debtor name      **Air Kool Mechanical Contracting Inc.**

United States Bankruptcy Court for the:      SOUTHERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*     *Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.**  State what the contract or lease is for and the nature of the debtor's interest     **lease for premises** | |
| State the term remaining | **Wheel Inn Realty Inc.**<br>**Attn: John Saetre**<br>**451 N Route 9W**<br>**Congers, NY 10920** |
| List the contract number of any government contract _____ | |

**Fill in this information to identify the case:**

Debtor name    **Air Kool Mechanical Contracting Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                              12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.**

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|

| | Name | Mailing Address | Name | *Check all schedules that apply:* |
|---|---|---|---|---|
| 2.1 | | Street / City State Zip Code | | ☐ D ☐ E/F ☐ G |
| 2.2 | | Street / City State Zip Code | | ☐ D ☐ E/F ☐ G |
| 2.3 | | Street / City State Zip Code | | ☐ D ☐ E/F ☐ G |
| 2.4 | | Street / City State Zip Code | | ☐ D ☐ E/F ☐ G |

**Fill in this information to identify the case:**

Debtor name **Air Kool Mechanical Contracting Inc.**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                    04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From **1/01/2020** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$315,671.00** |
   | **For prior year:**<br>From **1/01/2019** to **12/31/2019** | ■ Operating a business<br>☐ Other _____ | **$2,057,740.00** |
   | **For year before that:**<br>From **1/01/2018** to **12/31/2018** | ■ Operating a business<br>☐ Other _____ | **$2,143,920.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
   |---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Air Kool Mechanical Contracting Inc.** | | Case number *(if known)* | |

or consigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

�■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

■ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

Debtor   **Air Kool Mechanical Contracting Inc.**                           Case number *(if known)* _____

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | | |

---

**Part 6:   Certain Payments or Transfers**

11. **Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. **Klein & Klein P.C.** **2 Executive Boulevard, Suite 300** **Suffern, NY 10901** | **payments were for general corporate services and assistance in responding to creditors** | **various** | **$2,950.00** |
| Email or website address | | | |
| Who made the payment, if not debtor? | | | |
| 11.2. **Stanley Ginsberg CPA** **614 Corporate Way   Suite 3-M** **Valley Cottage, NY 10989** | | **various** | **$2,000.00** |
| Email or website address | | | |
| Who made the payment, if not debtor? | | | |
| 11.3. **Lewis W. Siegel** **60 East 42nd Street - Suite 4000** **New York, NY 10165** | | **November 2020** | **$5,000.00** |
| Email or website address **LWS@LWSEsq.com** | | | |
| Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**

Debtor    **Air Kool Mechanical Contracting Inc.**                    Case number *(if known)* _____

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

## Part 7:    Previous Locations

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

## Part 8:    Health Care Bankruptcies

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ☐ No.
    ■ Yes. State the nature of the information collected and retained.

    **debtor maintains customer/mailing lists with names, address and other contact information of clients**

    Does the debtor have a privacy policy about that information?
    ☐ No
    ■ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ☐ No. Go to Part 10.
    ■ Yes. Does the debtor serve as plan administrator?

        ☐ No Go to Part 10.
        ■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **To Be Provided** | EIN:   **To Be Provided** |

        Has the plan been terminated?
        ☐ No
        ■ Yes

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

Debtor    **Air Kool Mechanical Contracting Inc.**                                     Case number *(if known)* _____

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Chase** | **XXXX-9137** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | **October 2020** | **$0.00** |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☐ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:**    **Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

**Part 12:**    **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

Debtor    **Air Kool Mechanical Contracting Inc.**                     Case number *(if known)*

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | | Date of service From-To |
|---|---|---|
| 26a.1. | **Stanley Ginsberg** | **2010-3/31/2020 - Tax Documents Only** |
| 26a.2. | **MaryAnn Peruna** | **2010- 3/31/2020 - bookkeeper** |
| 26a.3. | **Alexa Hansen** | **1/1/2020 - present - Bookkeeper** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

Debtor    **Air Kool Mechanical Contracting Inc.**                                    Case number *(if known)* _____

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **Debtor's Records** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

### 27. Inventories
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

### 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Estate of Carlos Blanco** | | **100% shareholder** | **100%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Scott Reardon** | **15 Fischer Lane**<br>**New Hampton, NY 10958** | **General Manager** | **0** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Beth Blanco** | **12 Fawn Hill Road**<br>**Tuxedo Park, NY 10987** | **Executrix of Estate of Carlos Blanco** | **Estate owns 100% of shares** |

### 29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Carlos Blanco** | | **sole shareholder, director and President** | **2000 - 2020 - shares now held by his Estate** |

### 30. Payments, distributions, or withdrawals credited or given to insiders
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

Debtor    **Air Kool Mechanical Contracting Inc.**                    Case number *(if known)* _____

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Carlos Blanco** | | | **salary and reimbursement of expenses** |
| | | **unknown** | | |
| | **Relationship to debtor**<br>**100% shareholder** | | | |
| 30.2. | **Scott Reardon** | **104,610** | **11/15/2019 - 5/4/2020** | **salary and reimbursement of expenses** |
| | **Relationship to debtor**<br>**General Manager** | | | |
| 30.3. | **Beth Blanco** | **$97,500** | **11/15 - 5/4/2020** | **salary for assisting in continuing and then wrapping up business** |
| | **Relationship to debtor**<br>**spouse of deceased 100% shareholder** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

 ■ No
 ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

 ■ No
 ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

Debtor    **Air Kool Mechanical Contracting Inc.**                                    Case number *(if known)*

---

**Part 14:    Signature and Declaration**

---

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December 4, 2020**

**/s/ Beth Blanco**                                              **Beth Blanco**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **Executor of E/O Carlos Blanco - Sole Shareholder**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Southern District of New York

In re  **Air Kool Mechanical Contracting Inc.**                          Case No. _____

                                          Debtor(s)          Chapter     **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    | | | |
    |---|---|---|
    | For legal services, I have agreed to accept | $ | **4,665.00** |
    | Prior to the filing of this statement I have received | $ | **4,665.00** |
    | Balance Due | $ | **0.00** |

2.  $ **335.00**    of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ■ Debtor        ☐ Other (specify):

4.  The source of compensation to be paid to me is:

    ■ Debtor        ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
      copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any contested matter or adversary proceeding, including, but not limited to
    actions to determine market value; dischargeability actions, judicial lien avoidances, relief from stay actions or
    any other adversary proceeding or contested matters; preparation and filing of motions pursuant to 11 USC
    522(f)(2)(A) for avoidance of liens on household goods; preparation and filing of reaffirmation agreements and
    applications as needed..**

---

### CERTIFICATION

  I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

**December 4, 2020**                              **/s/ Lewis W. Siegel**
_Date_                                           **Lewis W. Siegel**
                                                 _Signature of Attorney_
                                                 **Lewis W. Siegel**
                                                 **60 East 42nd Street - Suite 4000**
                                                 **New York, NY 10165**
                                                 **(212) 286-0010   Fax: 212-884-9586**
                                                 **LWS@LWSEsq.com**
                                                 _Name of law firm_

---

# United States Bankruptcy Court
## Southern District of New York

In re   **Air Kool Mechanical Contracting Inc.**                                       Case No.

                                                        Debtor(s)                       Chapter    **7**

# PAYMENT ADVICES COVER SHEET
## UNDER 11 U.S.C. § 521(a)(1)(B)(iv)

I,   **Beth Blanco**  , declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

☐       I have not been employed by any employer within the 60 days before the date of the filing of the petition.

☐       I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because

☐       I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.

Date   **December 4, 2020**                              Signature   **/s/ Beth Blanco**
                                                                     **Beth Blanco**
                                                                     **Executor of E/O Carlos Blanco - Sole Shareholder**

## United States Bankruptcy Court
### Southern District of New York

In re   **Air Kool Mechanical Contracting Inc.**

Debtor(s)

Case No. _____

Chapter   **7** _____

# VERIFICATION OF CREDITOR MATRIX

I, the Executor of E/O Carlos Blanco - Sole Shareholder of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **December 4, 2020** _____

**/s/ Beth Blanco** _____
**Beth Blanco/Executor of E/O Carlos Blanco - Sole Shareholder**
Signer/Title

Lewis W. Siegel
Lewis W. Siegel
60 East 42nd Street - Suite 4000
New York, NY 10165


Aaron & Company
1 Union Ave
Brielle NJ 08730


AARP Dental Plan
P.O. Box 1870
Alpharetta GA 30023


Abco Refrigeration
49 70 31 St
Long Island City NY 11101


Allstate - Steve Vitello Ins
22 Liberty Square
Stony Point NY 10980


American Compressed Gasses Inc
189 Central Ave
Westwood NJ 07675


American Express Bkcy
200 Vesey Street
New York NY 10285


Auto Plus
260 Route 9W
Haverstraw NY 10927


Bank of America
PO Box 2759
Jacksonville FL 32203


Bank of America - Bkcy Dept
4161 Piedmont Pkwy
Greensboro NC 27410


Beckerle Lumber
79 Lake Rd.
Congers NY 10920

Capital One - Bankruptcy
PO Box 30285
Salt Lake City UT 84130


Careington Intl
7400 Gaylord Parkway
Frisco TX 75034


Chase -Bankruptcy Department
201 N. Central
Attn: A21-1196
Phoenix AZ 85004


Citi Bankruptcy Dept
Citibank/Citgroup President
P.O. Box 6500
Sioux Falls SD 57117


Citibank Bankruptcy
PO Box 6000
Sioux Falls SD 57117


D&B Building Solutions LLC
444 John F Kennedy Dr North
Bloomfield NJ 07003


Dannys Service Center
66 South Rt 9W
Haverstraw NY 10927


Erie Insurance
100 Erie Insurance Place
Erie PA 16530


First Insurance Funding
450 Skokie Blvd. Ste. 1000
Northbrook IL 60062


Gil-Bar Industries
5 W 19th St
New York NY 10011


GM Financial
PO Box 1510
Cockeysville MD 21030

Grainger
505 Saw Mill River Rd
Elmsford NY 10523


Hartford W/C
690 Asylum Avenue
Hartford CT 06155


Home Depot Commercial Account
6716 Grade Lane
Building 9 - Suite 910


IRS - Bankruptcy
PO Box 7346
Philadelphia PA 19101-7346


Jan-Pro Cleaning Systems
15 North Mill Street
Nyack NY 10960


Johnstone Supply
66 Brockway Pl
White Plains NY 10601


JPMorgan Chase Legal Dept
1985 Marcus Avenue - NY2-M352
New Hyde Park NY 11042


M-C-N Distributors, Inc.
300 N Connecting Rd
Islandia NY 11749


Mestex Inc.
4830 Transport Dr
Dallas TX 75247


Nazzaro Disposal Inc.
441 N Route 9W
Congers NY 10920


NJ Division of Taxation
Special Procedures Branch
Trenton NJ 08646

NY State Dept. of Tax &
Finance - Insolvency Unit
Building 8, Room 703
Albany NY 12227


NYS Dept. of Taxation &
Finance
Queens District Office
80-02 Kew Gardens Road
Kew Gardens NY 11415


Pest Shield Corp.
51 Wayne Ave
Suffern NY 10901


Pitney Bowes, Inc.
2225 American Drive
Neenah WI 54956


R.ED. Michel Company LLC
73 Windsor Highway
New Windsor NY 12553


Ramapo Wholesaler
53 Kennedy Dr
Spring Valley NY 10977


Rhinebeck Bank
2 Jefferson Plaza
Poughkeepsie NY 12601


Right Click Solutions LLC
27 Radio Cir Dr #104
Mount Kisco NY 10549


State of New York
Office of the Attorney General
120 Broadway
New York NY 10271


Sunbelt Rentals Inc.
PO Box 409211
Atlanta GA 30384

```
TD Auto Finance
PO Box 9223
Farmington MI 48333


ULine
PO Box 88741
Chicago IL 60680


Unifirst Uniforms
53 Kennedy Dr
Whippany NJ 07981


United Healthcare
P.O. Box 1459
Minneapolis MN 55440


Verizon
PO Box 16801
Newark NJ 07101


Vinny's Automotive
195 Rte 9W
Congers NY 10920


Wheel Inn Realty Inc.
451 N Route 9W
Congers NY 10920


Wheel Inn Realty Inc.
Attn: John Saetre
451 N Route 9W
Congers NY 10920


WinSupply Inc.
3110 Kettering Blvd.
Dayton OH 45439


Equifax Information
 Services LLC
P.O. Box 740256
Atlanta GA 30374


Experian
PO Box 2002
Allen TX 75013
```

```
TransUnion
Post Office Box 2000
Chester PA 19022
```

# United States Bankruptcy Court
## Southern District of New York

In re    __Air Kool Mechanical Contracting Inc._____    Case No. _____

Debtor(s)    Chapter    __7_____

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    __Air Kool Mechanical Contracting Inc.__    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

__December 4, 2020_____    /s/ Lewis W. Siegel
Date                                        **Lewis W. Siegel**
                                            Signature of Attorney or Litigant
                                            Counsel for    **Air Kool Mechanical Contracting Inc.**_____
                                            **Lewis W. Siegel**
                                            **60 East 42nd Street - Suite 4000**
                                            **New York, NY 10165**
                                            **(212) 286-0010 Fax:212-884-9586**
                                            **LWS@LWSEsq.com**