UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

In re:

    AIR KOOL MECHANICAL CONTRACTING, INC.,

                    Debtor.

------------------------------------------------------------X

Case No. 20-23276-rdd
Chapter   7

### AUCTIONEER'S REPORT OF SALE AND EXPENSES FOR THE SALE OF THE DEBTOR'S VEHICLES

By Auction Sale, full amount realized for the Debtor's Vehicles:

2015 Chevrolet Express, serial number 1GCWGFFF3F1101704 ...................................................... $4,790.00

2013 GMC Savana, serial number 1GTW7FCA1D1108690 ........................................................... $10,540.00

2012 Chevrolet Express, serial number 1GCWGFCAXC1150306 ............................................... $10,315.00

2012 Chevrolet Express, serial number 1GCWGFCA6C1146799 ................................................... $4,390.00

2011 GMC Savana, serial number 1GTW7FCA5B1156884 ............................................................ $5,190.00

2005 Toyota Sienna, serial number 5TDBA23C55S044362 ............................................................ $1,165.00

2004 Chevrolet Silverado, serial number 1GCHK24U54E293215 .................................................. $3,140.00

Total Gross Sale Proceeds ..................................................................................................................$39,530.00

Applicant's Commission pursuant to Retention Order of the United States Bankruptcy Court,
Southern District of New York (See attached schedule) ........................................................................$3,953.00

Expenses:

AAAA-1 Towing for the transportation of the Vehicles to Central Islip, New York............................. $2,325.00

Miller Advertising for the display advertisement published in New York Times on May 16, 2021 ...................... $140.55

Invoice from Statewide Auto Auction, Inc., for vehicle storage and auction preparation................................. $2,120.00

Labor for preparation of the Trustee's Bills of Sale and related sale documents, preparation of asset
specific marketing materials for internet advertising, collecting sale proceeds and preparing the
Report of Sale ....................................................................................................................................... N.C.

General social media marketing to 32,000+ Facebook® fans and Twitter® followers ............................... N.C.

Google search engine advertising ................................................................................................................. N.C.

Advertising on Applicant's website www.MaltzAuctions.com, which received combined total of 25,207
page views .............................................................................................................................................. N.C.

E-mail mailing to more than 44,000+ subscribers of Maltz email broadcasts ............................................. N.C.

Total Expenses...................................................................................................................................... $4,585.55

Total Commission and Expenses .......................................................................................................... $8,538.55

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X

In re:                                                                              Case No. 20-23276-rdd
                                                                                    Chapter   7

 AIR KOOL MECHANICAL CONTRACTING, INC.,

                              Debtor.
--------------------------------------------------------------------X

### REPORT OF PUBLIC SALE

In accordance with Local Bankruptcy Rule 6004-1(f) ("Local Rule"). Maltz Auctions, Inc., ("Maltz") submits this report of the public auction sale of the Debtor's 2015 Chevrolet Express, serial number 1GCWGFFF3F1101704, 2013 GMC Savana, serial number 1GTW7FCA1D1108690, 2012 Chevrolet Express, serial number 1GCWGFCAXC1150306, 2012 Chevrolet Express, serial number 1GCWGFCA6C1146799, 2011 GMC Savana, serial number 1GTW7FCA5B1156884, 2005 Toyota Sienna, serial number 5TDBA23C55S044362, and 2004 Chevrolet Silverado, serial number 1GCHK24U54E293215 (collectively "the Vehicles").

1.    On May 18, 2021, at approximately 11:30 a.m. Maltz conducted an online-only auction of the Vehicles with preregistered bidders in accordance with the Order entered April 7, 2021 [Doc. No. 18] approving the sale by Maltz as auctioneer for the Trustee. *Local Rule 6004-1(f)(1)*.

2.    On May 18, 2021, an online-only sale of the Vehicles was conducted with preregistered bidders pursuant to the direction of the Trustee.  The 2015 Chevrolet Express, serial number 1GCWGFFF3F1101704 sold for $4,400.00 plus a processing fee in the amount of $390.00; 2013 GMC Savana, serial number 1GTW7FCA1D1108690 sold for $10,000.00 plus a processing fee in the amount of $540.00;  2012 Chevrolet Express, serial number 1GCWGFCAXC1150306 sold for $9,800.00 plus a processing fee in the amount of $515.00; 2012 Chevrolet Express, serial number 1GCWGFCA6C1146799 sold for $4,000.00 plus a processing fee in the amount of $390.00; 2011 GMC Savana, serial number 1GTW7FCA5B1156884 sold for $4,800.00 plus a processing fee in the amount of $390.00; 2005 Toyota Sienna, serial number 5TDBA23C55S044362 sold for $900.00 plus a processing fee in the amount of $265.00; and 2004 Chevrolet Silverado, serial number 1GCHK24U54E293215 sold for $2,800.00 plus a processing fee in the amount of $340.00. The aggregate total of the processing fees is $2,830.00.  These fees were added to the gross sale proceeds in the amount of $36,700.00 and a check in the amount of $39,530 was forwarded to the Trustee. *Local Rule 6004-1(f)(2)*.

3.    The Vehicles sold are described as: 2015 Chevrolet Express, serial number 1GCWGFFF3F1101704 with an odometer reading of 192,398, 2013 GMC Savana, serial number 1GTW7FCA1D1108690 with an odometer reading of 120,163, 2012 Chevrolet Express, serial number 1GCWGFCAXC1150306 with an odometer reading of 137,331, 2012 Chevrolet Express, serial number 1GCWGFCA6C1146799 with an odometer reading of 191,393, 2011 GMC Savana, serial number 1GTW7FCA5B1156884 with an odometer reading of 226,808, 2005 Toyota Sienna, serial number 5TDBA23C55S044362 with an odometer reading of 389,213, and 2004 Chevrolet Silverado, serial number 1GCHK24U54E293215 with an odometer reading of 179,756. *Local Rule 6004-1(f)(3)*.

4.    The sale proceeds collected in the amount of $39,530.00 were remitted to Marianne T. O'Toole, Chapter 7 Trustee from Maltz Auctions. *Local Rule 6004-1(g)(4)*.

5.    Maltz seeks commission based upon the retention order in the amount of $3,953.00 and reimbursement of auction-related expenses from the Debtor's estate in the amount of $4,585.55.

6.    Maltz has a blanket insurance policy covering all sales conducted by Maltz. In connection with the sale of the Vehicles, Maltz is not seeking reimbursement from the Debtor's estate. *Local Rule 6004-1(f)(5)*.

7.    No articles were withdrawn from the sale. *Local Rule 6004-1(f)(6)*.

8.    The successful bidders for the vehicles are as follows: 2015 Chevrolet Express, serial number 1GCWGFFF3F1101704 is Nextcar LI Inc., 987 Merrick Road, Baldwin, New York 11510; 2013 GMC Savana, serial

number 1GTW7FCA1D1108690 is Mint Auto Sales Inc., 2232 Sunrise Highway, Islip, New York 11751; 2012 Chevrolet Express, serial number 1GCWGFCAXC1150306 is Nextcar LI Inc., 987 Merrick Road, Baldwin, New York 11510; 2012 Chevrolet Express, serial number 1GCWGFCA6C1146799 is Nextcar LI Inc., 987 Merrick Road, Baldwin, New York 11510; 2011 GMC Savana, serial number 1GTW7FCA5B1156884 is Roberto Vion Perez, 2273 Steinway Street 7, Astoria, New York 11105; 2005 Toyota Sienna, serial number 5TDBA23C55S044362 is Nextcar LI Inc., 987 Merrick Road, Baldwin, New York 11510; and 2004 Chevrolet Silverado, serial number 1GCHK24U54E293215 is James Zelli, 225 Grassmere Avenue, Oakdale, New York 11769. *Local Rule 6004-1(f)(7).*

9.  All qualified bidders were required to complete a bidder registration and post a 25% deposit to complete their online bidder registration.  A sign-in sheet was not utilized for the public auction of the Vehicles.  The Vehicles were included in an auction where 36 people were registered for online bidding. *Local Rule 6004-1(f)(8).*

10. There were no items for which there were no bids at the sale. *Local Rule 6004-1 (f)9).*

11. Maltz advertised the sale of the Vehicles by utilizing print, online, email and search engine marketing. *Local Rule 6004-1(f)(11).*

12. A listing of the Vehicles was posted on the Applicant's website prior to the sale. The Vehicles were made available for viewing/inspection on March 14, and March 17, 2021. *Local Rule 6004-1(f)(12).*

Dated:   May 25, 2021
         Central Islip, New York

                                        By:  _____
                                             Richard B. Maltz, Chief Executive Officer
                                             Maltz Auctions, Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

In re:                                                                    Case No. 20-23276-rdd
                                                                          Chapter   7

 AIR KOOL MECHANICAL CONTRACTING, INC.,

                              Debtor.

-------------------------------------------------------------------X

## AFFIDAVIT TO ACCOMPANY REPORT OF PUBLIC AUCTION SALE

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF SUFFOLK   )

RICHARD B. MALTZ, being duly sworn deposes and says:

1.  I am the Chief Executive Officer of Maltz Auctions, Inc., ("Maltz"). I submit this affidavit, pursuant to Local Bankruptcy Rule 6004-1 (g) ("Local Rule"), in connection with Maltz's report of sale (the "Report") of the public auction sale of the Debtors' 2015 Chevrolet Express, serial number 1GCWGFFF3F1101704, 2013 GMC Savana, serial number 1GTW7FCA1D1108690, 2012 Chevrolet Express, serial number 1GCWGFCAXC1150306, 2012 Chevrolet Express, serial number 1GCWGFCA6C1146799, 2011 GMC Savana, serial number 1GTW7FCA5B1156884, 2005 Toyota Sienna, serial number 5TDBA23C55S044362, and 2004 Chevrolet Silverado, serial number 1GCHK24U54E293215 (collectively "the Vehicles").

2.  I make this affidavit of my personal knowledge based upon the handling of the public auction sale of the Vehicles by Maltz. I personally managed the auction sale process and have the most familiarity with the same.

3.  I am a licensed auctioneer in the State of New York. My DCA # is 1240836.

4.  Maltz has a place of business at 39 Windsor Place, Central Islip, New York 11722.

5.  Maltz conducted the online-only auction sale of the Vehicles in accordance with the Order entered April 7, 2021, approving the employment of Maltz as the Trustee's auctioneer.

6.  Pursuant to the direction of the Trustee, an online-only sale of the Vehicles was conducted by Maltz, with preregistered bidders, commencing on May 14, 2021 and concluding on May 18, 2021 at approximately 11:36 a.m.

7.  All monies collected by Maltz in connection with the sale of the Vehicles were remitted to the Trustee.

8.  I declare under penalty of perjury that the foregoing is true and correct.

                                                    Richard B. Maltz, Chief Executive Officer
                                                    Maltz Auctions, Inc.

Sworn to before me this
25th day of May, 2021

Debra A. Donovan
Notary Public of New York
NO. 01DO6003880
Qualified in Suffolk County
Commission Expires March 9, 2022

**AIR KOOL MECHANICAL CONTRACTING INC.**
**Case No. 20-23276-RDD**

## COMPUTATION OF AUCTIONEER'S COMMISSION PURSUANT TO RETENTION ORDER

Sale proceeds for the 2015 Chevrolet Express, serial number 1GCWGFFF3F1101704.................... $4,790.00

Sale proceeds for the 2013 GMC Savana, serial number 1GTW7FCA1D1108690.......................... $10,540.00

Sale proceeds for the 2012 Chevrolet Express, serial number 1GCWGFCAXC1150306 ............... $10,315.00

Sale proceeds for the 2012 Chevrolet Express, serial number 1GCWGFCA6C1146799.................. $4,390.00

Sale proceeds for the 2011 GMC Savana, serial number 1GTW7FCA5B1156884 ........................... $5,190.00

Sale proceeds for the 2005 Toyota Sienna, serial number 5TDBA23C55S044362........................... $1,165.00

Sale proceeds for the 2004 Chevrolet Silverado, serial number 1GCHK24U54E293215.................. $3,140.00

**Total Gross Sale Proceeds** ........................................................................................................ **$39,530.00**

Auctioneer's Commission

10% of the first $50,000.00 in Gross Sale Proceeds (10% of $39,530.00) ........................................ $3,953.00

**Auctioneer's Commission** ........................................................................................................ **$3,953.00**

## AUCTION RESULTS - AIR KOOL BANKRUPTCY - 5/18/2021

| LOT | DESCRIPTION | HID BID | PROCESSING FEE | PURCHASE PRICE |
|-----|-------------|---------|----------------|----------------|
| 501 | 2012 Chevrolet Express Van ID# 1GCWGFCA6C1146799 | $4,000.00 | $390.00 | $4,390.00 |
| 502 | 2015 Chevrolet Express Van ID# 1GCWGFF3F1101704 | $4,400.00 | $390.00 | $4,790.00 |
| 503 | 2012 Chevrolet Express Van ID# 1GCWGFCAXC1150306 | $9,800.00 | $515.00 | $10,315.00 |
| 504 | 2011 GMC Savana ID# 1GTW7FCA5B1156884 | $4,800.00 | $390.00 | $5,190.00 |
| 505 | 2013 GMC Savana ID# 1GTW7FCA1D1108690 | $10,000.00 | $540.00 | $10,540.00 |
| 506 | 2004 Chevrolet Silverado ID# 1GCHK24U54E29321E | $2,800.00 | $340.00 | $3,140.00 |
| 507 | 2005 Toyota Sienna ID# 5TDBA23C5S5044362 | $900.00 | $265.00 | $1,165.00 |
|  | TOTAL | $36,700.00 | $2,830.00 | $39,530.00 |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

In re:                                                          Chapter 7

      AIR KOOL MECHANICAL                        Case No. 20-23276 (RDD)
      CONTRACTING., INC.,

                 Debtor.

-----------------------------------------------------------X

### ORDER AUTHORIZING EMPLOYMENT OF MALTZ AUCTIONS, INC. D/B/A MALTZ AUCTIONS AS AUCTIONEERS TO THE TRUSTEE TO MARKET AND SELL THE DEBTOR'S VEHICLES

Upon the application, dated March 24, 2021 (the "Application") of Marianne T. O'Toole, the chapter 7 trustee (the "Trustee") of the estate of Air Kool Mechanical Contracting, Inc. (the "Debtor"), by her counsel, seeking the entry of an order pursuant to section 327(a) of title 11 of the United States Code (the "Bankruptcy Code"), authorizing and approving the employment of Maltz Auctions, Inc., d/b/a Maltz Auctions ("Maltz Auctions") as her auctioneer to market and sell the eight vehicles identified in the Application (collectively, the "Vehicles"); and upon the amended affidavit of Richard B. Maltz, the President of Maltz Auctions, in support of the Application; and the Court being satisfied that (i) Maltz Auctions neither represents nor holds any interest adverse to the Debtor or the Debtor's estate, (ii) Maltz Auctions is a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code, and (iii) the employment of Maltz Auctions is necessary and would be in the best interests of the Debtor's estate; and no further notice or hearing being required, it is hereby

**ORDERED**, that the Application is granted and the Trustee is authorized to employ Maltz Auctions to market and sell the Vehicles; and it is further

1

**ORDERED**, that upon further application to this Court, Maltz Auctions shall seek commissions and reimbursement of its reasonable out-of-pocket expenses incurred in connection with the marketing and sale of the Vehicles under 11 U.S.C. § 330 and the applicable Federal Rules of Bankruptcy Procedure, Local Rules for the Southern District of New York (including Local Rule 6005-1(a)-(b) and (f)), and fee and expense guidelines and orders of the Court, and shall be paid only after notice and a hearing.

Dated: White Plains, New York
     April 7, 2021

                              /s/Robert D. Drain
                              HON. ROBERT D. DRAIN
                              UNITED STATES BANKRUPTCY JUDGE

NO OBJECTIONS:

BY:   /s/ Greg M. Zipes  4/01/2021
        UNITED STATES TRUSTEE



**MALTZ AUCTIONS**

AUCTIONEERS / APPRAISERS / REAL ESTATE BROKERS

*Auctions... for an Uncommon Sustomer*

39 WINDSOR PLACE
CENTRAL ISLIP, NY 11722

**Signature Bank**
97 Broadway
Brooklyn, NY 11249

1-1357 / 260

**5356**

5/13/2021

PAY TO THE
ORDER OF    AAAA-1 TOWING                                    $ **2,325.00

Two Thousand Three Hundred Twenty-Five and 00/100********************************************************************* DOLLARS

AAAA-1 TOWING
34 CHARLOTTE AVENUE
HICKSVILLE, NY 11801



MEMO

THE BACK OF THIS DOCUMENT CONTAINS CHECK SECURITY WATERMARK AND COIN REACTIVE INK

---

AAAA-1 TOWING                                 5/13/2021              **5356**

| | | |
|---|---|---|
| INV 29875 BANKRUPTCY 27334 | | 325.00 |
| INV 29873 BANKRUPTCY 27333 | | 325.00 |
| INV 29872 BANKRUPTCY 27337 | | 325.00 |
| INV 29870 BANKRUPTCY 27335 | | 325.00 |
| INV 29700 BANKRUPTCY 27336 | | 325.00 |
| INV 29166 BANKRUPTCY 27339 | | 375.00 |
| INV 29874 BANKRUPTCY 27338 | | 325.00 |

Signature Operating A                                                2,325.00

---

AAAA-1 TOWING                                 5/13/2021              **5356**

| | | |
|---|---|---|
| INV 29875 BANKRUPTCY 27334 | | 325.00 |
| INV 29873 BANKRUPTCY 27333 | | 325.00 |
| INV 29872 BANKRUPTCY 27337 | | 325.00 |
| INV 29870 BANKRUPTCY 27335 | | 325.00 |
| INV 29700 BANKRUPTCY 27336 | | 325.00 |
| INV 29166 BANKRUPTCY 27339 | | 375.00 |
| INV 29874 BANKRUPTCY 27338 | | 325.00 |

Signature Operating A                                                2,325.00

Ready to reorder? Call Engravings N' More, Inc. 718.246.1910

# AAAA

**TOWING**

34 CHARLOTTE AVENUE, HICKSVILLE, NY

516-433-1011

## TOW SERVICE

29873

| REQUESTED BY: *Mike* | TIME: | DATE: 4/29/21 |
|---|---|---|
| CUSTOMER: | | PHONE: |
| ADDRESS: Bankruptcy 27003 | | |

| YEAR: 2004 | MAKE: Chevy | MODEL: SLV *pickup* |
|---|---|---|

| PLATE# | STATE: | COLOR: White |
|---|---|---|

| VIN# | 1 | G | C | H | K | 2 | 4 | U | S | 4 | E | 2 | 9 | 3 | 2 | 1 | 5 |

LOCATION OF VEHICLE: 458 RT9W Congers NY

TOWED TO 39. *Amelia* BL C.F.

NOTES

| TOW | | | | | $ |
|---|---|---|---|---|---|
| MILEAGE | 80 | X $ | | PER MILE | $ |
| CLEAN UP | $ | | SPEEDY DRY | $ | $ |
| WINCHING | $ | | RECOVERY | $ | $ |
| ROLLOVER | | | | | $ |
| ADDITIONAL MAN | $ | | TRUCK | $ | $ |
| HAZARDOUS WASTE CLEAN UP | | | | | $ |
| YARD FEE | $ | | FUEL FEE | $ | $ |
| STORAGE | DAYS X $ | | | PER DAY | $ |
| DRIVER *Eric Clarke* TRUCK No. 394 | | | SUB TOTAL | | $ |
| | | | TAX | | $ |
| SIGNATURE X | | | TOTAL | | $325 |

# AAAAA-1

## TOWING

### 34 CHARLOTTE AVENUE, HICKSVILLE, NY
### 516-433-1011

29872

## TOW SERVICE

| REQUESTED BY: NHZ | TIME: | DATE: 4/29/21 |
|---|---|---|

| CUSTOMER: | PHONE: |
|---|---|

| ADDRESS: Bankruptcy 27337 |
|---|

| YEAR: 2011 | MAKE: GMC | MODEL: Savanna |
|---|---|---|

| PLATE# | STATE: | COLOR: White |
|---|---|---|

VIN# 1 G T W 7 F C A 5 B 1 1 5 6 8 8 4

LOCATION OF VEHICLE: 451 RT 9W Congers N.Y

TOWED TO: 39 Windsor Pl.   C.I

NOTES:

| TOW | | | | $ |
|---|---|---|---|---|
| MILEAGE | 80 X $ | | PER MILE | $ |
| CLEAN UP | $ | SPEEDY DRY | $ | $ |
| WINCHING | $ | RECOVERY | $ | $ |
| ROLLOVER | | | | $ |
| ADDITIONAL MAN | $ | TRUCK | $ | $ |
| HAZARDOUS WASTE CLEAN UP | | | | $ |
| YARD FEE | $ | FUEL FEE | $ | $ |
| STORAGE | DAYS X $ | | PER DAY | $ |
| DRIVER Tim | TRUCK No. 35 | | SUB TOTAL | $ |
| | | | TAX | $ |
| SIGNATURE X | | | TOTAL | $325 |

# AAAA-1

## TOWING

34 CHARLOTTE AVENUE, HICKSVILLE, NY

516-433-1011

**29875**

### TOW SERVICE

| REQUESTED BY: _MAK_ | TIME: | DATE: _4/28/21_ |
|---|---|---|
| CUSTOMER: | | PHONE: |

| ADDRESS: | _Bankruptcy 2733A_ |
|---|---|

| YEAR: _2012_ | MAKE: _Chevy_ | MODEL: _Express van_ |
|---|---|---|

| PLATE# | STATE: | COLOR: _White_ |
|---|---|---|

| VIN# | 1 G C W G F C A 0 C 1 1 4 6 7 9 9 |
|---|---|

**LOCATION OF VEHICLE:** _451 RT9W Congers NY_

**TOWED TO** _39 Windsor Pl C.T._

**NOTES**

| TOW | | | | | $ |
|---|---|---|---|---|---|
| MILEAGE | _80_ | X | $ | PER MILE | $ |
| CLEAN UP | $ | | SPEEDY DRY | $ | $ |
| WINCHING | $ | | RECOVERY | $ | $ |
| ROLLOVER | | | | | $ |
| ADDITIONAL MAN | | $ | TRUCK | $ | $ |
| HAZARDOUS WASTE CLEAN UP | | | | | $ |
| YARD FEE | $ | | FUEL FEE | $ | $ |
| STORAGE | | DAYS X $ | | PER DAY | $ |
| DRIVER _Tm_ | | TRUCK No. _55_ | | SUB TOTAL | $ |
| | | | | TAX | $ |
| SIGNATURE X | | | | TOTAL | $ _325_ |

**AAAA21**

29166

**TOWING**

34 CHARLOTTE AVENUE, HICKSVILLE, NY

**516-433-1011**

## TOW SERVICE

| REQUESTED BY: MAltz | TIME: | DATE: 4/29/21 |
|---|---|---|
| CUSTOMER: | | PHONE: |

| ADDRESS: BanKruptcy 27339 |
|---|

| YEAR: 2005 | MAKE: Toyota | MODEL: Sienna |
|---|---|---|
| PLATE# | STATE: | COLOR: |

| VIN# | 5 | T | D | B | A | 2 | 3 | C | 5 | 5 | S | 0 | 4 | 4 | 3 | 6 | 2 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| LOCATION OF VEHICLE: 12 FAWN Hill Dr    Tuxxedo Perl |
|---|

| TOWED TO   MAltz Auctions |
|---|

| NOTES |
|---|

| TOW | | | | $ |
|---|---|---|---|---|
| MILEAGE | | X    $ | PER MILE | $ |
| CLEAN UP | $ | SPEEDY DRY | $ | $ |
| WINCHING | $ | RECOVERY | $ | $ |
| ROLLOVER | | | | $ |
| ADDITIONAL MAN | $ | TRUCK | $ | $ |
| HAZARDOUS WASTE CLEAN UP | | | | $ |
| YARD FEE | $ | FUEL FEE | $ | $ |
| STORAGE | DAYS  X  $ | PER DAY | | $ |
| DRIVER | TRUCK No. | SUB TOTAL | | $ |
| | | TAX | | $ |
| SIGNATURE X | | TOTAL | | $ 375 |

# AAAA

## TOWING

34 CHARLOTTE AVENUE, HICKSVILLE, NY

**516-433-1011**

29874

## TOW SERVICE

| REQUESTED BY: MNH2 | TIME: | DATE: 4/29/21 |
|---|---|---|

| CUSTOMER: | | PHONE: |
|---|---|---|

| ADDRESS: Bankruptcy 27338 |
|---|

| YEAR: 2015 | MAKE: Chevy | MODEL: Express Van |
|---|---|---|

| PLATE# | STATE: | COLOR: white |
|---|---|---|

VIN# 1 G C W G F F B F 1 0 0 7 0 4

LOCATION OF VEHICLE: 451 Rt 9W Congers NY, 101704

TOWED TO 39 Windsor Pl (I

NOTES

| TOW | | | | $ |
|---|---|---|---|---|
| MILEAGE | 80 X $ | | PER MILE | $ |
| CLEAN UP | $ | SPEEDY DRY | $ | $ |
| WINCHING | $ | RECOVERY | $ | $ |
| ROLLOVER | | | | $ |
| ADDITIONAL MAN | $ | TRUCK | $ | $ |
| HAZARDOUS WASTE CLEAN UP | | | | $ |
| YARD FEE | $ | FUEL FEE | $ | $ |
| STORAGE | DAYS X $ | | PER DAY | $ |
| DRIVER Tim | TRUCK No. 35 | SUB TOTAL | | $ |
| | | TAX | | $ |
| SIGNATURE X | | TOTAL | | $ 325 |

**AAAA-1**

**29870**

**TOWING**

34 CHARLOTTE AVENUE, HICKSVILLE, NY

**516-433-1011**

## TOW SERVICE

| REQUESTED BY: MAltz | TIME: | DATE: 4/29/21 |
|---|---|---|
| CUSTOMER: | | PHONE: |
| ADDRESS: | Bankruptcy 27335 | |

| YEAR: 2012 | MAKE: Chevy | MODEL: Express Van |
|---|---|---|
| PLATE# | STATE: | COLOR: White |

VIN# 1 G C W G F C A X C 1 1 5 0 3 0 6

LOCATION OF VEHICLE: 451 RT 9W   Congers NY

TOWED TO: 39 Windsor Pl Oν.T.

NOTES

| TOW | | | | | $ |
|---|---|---|---|---|---|
| MILEAGE | 80 | X | $ | PER MILE | $ |
| CLEAN UP | $ | | SPEEDY DRY | $ | $ |
| WINCHING | $ | | RECOVERY | $ | $ |
| ROLLOVER | | | | | $ |
| ADDITIONAL MAN | $ | | TRUCK | $ | $ |
| HAZARDOUS WASTE CLEAN UP | | | | | $ |
| YARD FEE | $ | | FUEL FEE | $ | $ |
| STORAGE | | DAYS X $ | | PER DAY | $ |
| DRIVER 1/m | | TRUCK No. 35 | | SUB TOTAL | $ |
| | | | | TAX | $ |
| SIGNATURE X | | | | TOTAL | $ 325 |

# AAAA-1

**TOWING**

34 CHARLOTTE AVENUE, HICKSVILLE, NY

**516-433-1011**

29700

## TOW SERVICE

| REQUESTED BY Matz | TIME: | DATE: 2/29/21 |
|---|---|---|
| CUSTOMER: | | PHONE: |
| ADDRESS: | | Bankrupt 27336 |

| YEAR: 2013 | MAKE: GMC | MODEL: Savanna |
|---|---|---|
| PLATE# | STATE: | COLOR: White |

VIN# 1 G T W 7 F C A 1 D 1 1 0 8 6 9 0

**LOCATION OF VEHICLE:** 451 RT9W Congers N.Y.

**TOWED TO** 39 Windsor Place Central Islip

**NOTES** Tolls

| | | | | | $ |
|---|---|---|---|---|---|
| TOW | | | | | $ |
| MILEAGE | 80 | X $ | | PER MILE | $ |
| CLEAN UP | $ | | SPEEDY DRY | $ | $ |
| WINCHING | $ | | RECOVERY | $ | $ |
| ROLLOVER | | | | | $ |
| ADDITIONAL MAN | | $ | TRUCK | $ | $ |
| HAZARDOUS WASTE CLEAN UP | | | | | $ |
| YARD FEE | $ | | FUEL FEE | $ | $ |
| STORAGE | | DAYS X $ | | PER DAY | $ |
| DRIVER Tim | | TRUCK No. 35 | | SUB TOTAL | $ |
| | | | | TAX | $ |
| SIGNATURE X | | | | TOTAL | $ 325 |



Miller Advertising Agency, Inc. • 10 Rockefeller Plaza, Suite 1016 • New York, New York 10020 • 212-929-2200

# INVOICE

MALTZ AUCTIONS INC.(CC) - H434
39 Windsor Place

Central Islip, NY 11722

PO Number
Invoice Number 897191 - 061
Invoice Date    05/17/21
Net 30    Page 1
Regarding
**AIR KOOL**

| Media | Description | Ad Number | Insert Dates | Ad Size | Times | Rate | Amount |
|---|---|---|---|---|---|---|---|
| NEW YORK TIMES | SALE MAY 14> | R511006721 | 05/16 | 1.00 | 1 | 140.55 | 140.55 |
| | | | | **NEW YORK TIMES TOTAL** | | **$140.55** | |

**INVOICE TOTAL  $140.55**

*Paid via cc  5/17/21*

**Remit Payment Checks To:** Miller Advertising Agency Inc., 10 Rockefeller Plaza, Suite 1016, New York, NY  10020
**ACH/Wire Remittance To:**    JP Morgan Chase, ABA/Routing #:021000021, Acct #:014003583765, Acct Name: Miller Advertising Agency Inc.

http://www.milleraa.com                                                          EMail : narchibald@milleraa.com

# Miller Advertising Agency, Inc.

10 Rockefeller Plaza, Suite 1016 • New York, New York 10020 • 212-929-2200

## PROOF OF INSERTIONS

8888
Display Ad
NEW YORK TIMES
05/16





*Statewide
Auto
Auction, Inc.*

39 Windsor Place
Central Islip, NY 11722
Tel: (516) 349-0007
Fax: (516) 349-0105

Marianne T. O'Toole, Chapter 7 Trustee
c/o LaMonica Herbst & Maniscalco LLP
Attorneys for the Chapter 7 Trustee
3305 Jerusalem Avenue
Wantagh, NY  11793

In Re:  Air Kool Mechanical Contracting Inc. Case # 20-23276-rdd

**Invoice**

Labor and expenses for field investigation to locate and identify vehicles, coordinate
access to the Debtor's premises and oversee transportation of vehicles from Debtor's
premises and residence to Central Islip, New York.............................................................N.C.

2015 Chevrolet Express, serial number 1GCWGFFF3F1101704
     Storage ($20.00/day, voluntarily reduced to $10.00/day)
     20 days x $10.00/day (April 29, 2021 through May 18, 2021)....................................$200.00
     Vehicle Preparation/Cleaning ...............................................................................$40.00
     Remove name and telephone number decals from vehicle ......................................$45.00
     Total due this vehicle ............................................................................................$285.00

2013 GMC Savanna, serial number 1GTW7FCA1D1108690
     Storage ($20.00/day, voluntarily reduced to $10.00/day)
     20 days x $10.00/day (April 29, 2021 through May 18, 2021)....................................$200.00
     Vehicle Preparation/Cleaning ...............................................................................$40.00
     Remove name and telephone number decals from vehicle ......................................$45.00
     Total due this vehicle ............................................................................................$285.00

2012 Chevrolet Express, serial number 1GCWGFCAXC1150306
     Storage ($20.00/day, voluntarily reduced to $10.00/day)
     20 days x $10.00/day (April 29, 2021 through May 18, 2021)....................................$200.00
     Vehicle Preparation/Cleaning ...............................................................................$40.00
     Remove name and telephone number decals from vehicle ......................................$45.00
     Total due this vehicle ............................................................................................$285.00

2012 Chevrolet Express, serial number 1GCWGFCA6C1146799
     Storage ($20.00/day, voluntarily reduced to $10.00/day)
     20 days x $10.00/day (April 29, 2021 through May 18, 2021)....................................$200.00
     Vehicle Preparation/Cleaning ...............................................................................$40.00
     Remove name and telephone number decals from vehicle ......................................$45.00
     Total due this vehicle ............................................................................................$285.00



*Statewide*
*Auto*
*Auction, Inc.*

39 Windsor Place
Central Islip, NY 11722
Tel: (516) 349-0007
Fax: (516) 349-0105

2011 GMC Savanna, serial number 1GTW7FCA5B1156884
    Storage ($20.00/day, voluntarily reduced to $10.00/day)
    20 days x $10.00/day (April 29, 2021 through May 18, 2021) ................................. $200.00
    Vehicle Preparation/Cleaning ............................................................................. $40.00
    Remove name and telephone number decals from vehicle ............................... $45.00
    ABC Locksmith for key charge ........................................................................... $125.00
    Total due this vehicle ......................................................................................... $410.00

2005 Toyota Sienna, serial number 5TDBA23C55S044362
    Storage ($20.00/day, voluntarily reduced to $10.00/day)
    20 days x $10.00/day (April 29, 2021 through May 18, 2021) ................................. $200.00
    Vehicle Preparation/Cleaning ............................................................................. $40.00
    Remove name and telephone number decals from vehicle ............................... $45.00
    Total due this vehicle ......................................................................................... $285.00

2004 Chevrolet Silverado, serial number 1GCHK24U54E293215
    Storage ($20.00/day, voluntarily reduced to $10.00/day)
    20 days x $10.00/day (April 29, 2021 through May 18, 2021) ................................. $200.00
    Vehicle Preparation/Cleaning ............................................................................. $40.00
    Remove name and telephone number decals from vehicle ............................... $45.00
    Total due this vehicle ......................................................................................... $285.00

**Total Amount Due** .......................................................................................... $2,120.00

# Maltz Auctions Website Analytics

5 NYC TAXI MEDALLIONS

870

Multi-Family Building

828

Vans, Pickup & Minivan

737

2 Multi-Family Buildings

697

# Maltz Auctions Website Analytics

Tri-Weekly Auto Auction

24,470

# VANS, PICKUP & MINIVAN

BANKRUPTCY AUCTION



| FOLLOW |
|--------|

| BID |
|-----|

f      Facebook

&#119;      Twitter

@      in      ✉

Auction Information    Photos    Details    Documents    Contact

## Online Bidding

**Starts:** May 14, 2021 at 1:00 pm
**Ends:** May 18, 2021 at 11:30 am

    5/19/2021, 11:44 AM



**Property Location**

39 Windsor Place
Central Islip, NY 11722





RepMap data ©2021

| FOLLOW | INQUIRE | BID |
|--------|---------|-----|

## Photo Gallery





5/19/2021, 11:44 AM

# Details

United States Bankruptcy Court – Southern District of New York

In Re: Air Kool Mechanical Contracting, Inc. – Case No. 20-23276 (RDD) – Marianne T. O'Toole, Chapter 7 Trustee

**5 Vans, Pickup Truck & Minivan**

- 2015 Chevy Express 2500 Cargo Van
  - VIN: 1GCWGFFF3F1101704
  - 4.8L V8 Engine
  - 192,398 Miles
- 2013 GMC Savana 2500 Cargo Van
  - VIN: 1GTW7FCA1D1108690
  - 4.8L V8 Engine
  - 120,163 Miles
- 2012 Chevy Express 2500 Cargo Van
  - VIN: 1GCWGFCA6C1146799
  - 4.8L V8 Engine
  - 191,393 Miles
- 2012 Chevy Express 2500 Cargo Van
  - VIN: 1GCWGFCAXC1150306
  - 4.8L V8 Engine
  - 137,331 Miles
- 2011 GMC Savana 2500 Cargo Van
  - VIN: 1GTW7FCA5B1156884
  - 4.8L V8 Engine
  - 226,808 Miles
- 2005 Toyota Sienna
  - VIN: 5TDBA23C55S044362
  - 3.3L V6 Engine
  - 389,213 Miles
- 2004 Chevy Silverado 2500 Pickup
  - VIN: 1GCHK24U54E293215
  - Power Lift Gate
  - 6.0L V8 Engine
  - 4×4
  - 179,756 Miles

**ONLINE-ONLY BIDDING – CLICK HERE FOR ONLINE BIDDING**

**Bidding is available by computer or download of the Maltz Auctions App on the App Store or Google play**

**Pre-Registration Required to Bid:** You Must send in signed Terms and Conditions of Sale and Online Bidding Form and a deposit ($500 minimum) to be approved for bidding. Acceptable forms of deposit are cashier's check, postal money order, and wire transfer (funds must be received at least 24 hours prior to the scheduled end time of the auction or you may not be approved to bid prior to the conclusion of the auction). **The credit card authentication process does not qualify as meeting this requirement.** Your buying power will be 4x the amount of your deposit. For example, if you send $1,000 you will be approved for up to $4,000 in bidding ($500 Minimum Deposit). All unspent deposits will be processed for a refund within 72 business hours following the conclusion of the auction.

**Pre-Registration Required to Bid:** You Must send in signed Terms and Conditions of Sale and Online Bidding Form and a deposit to be approved for bidding. Acceptable forms of deposit are cashier's check, postal money order, and wire transfer (funds must be received at least 24 hours prior to the scheduled end time of the auction or you may not be approved to bid prior to the conclusion of the auction). **The credit card authentication process does not qualify as meeting this requirement.** Your buying power will be 4x the amount of your deposit. For example, if you send $1,000 you will be approved for up to $4,000 in bidding ($500 Minimum Deposit). All unspent deposits will be processed for a refund within 72 business hours following the conclusion of the auction.

**Inspection:** Friday, May 14th and Monday, May 18th from 9:30 am – 3:30 pm each day. Facial masks and social distancing will be strictly enforced.

**Auction Date:** Online Bidding will open Friday, May 14, 2021, at 1:00 pm and scheduled for the first lot to close on Tuesday, May 18, 2021, at 11:30 am. Visit RemoteBidding.MaltzAuctions.com or download the Maltz Auctions App on the Apple Store or Google Play.

**Bidding Process:** If a bid is placed with less than one minute remaining, the bidding period will be extended so one minute remains for competing bids to be entered. If any further bidding occurs, the extension timer will reset to one minute. Once no further bidding activity occurs, the sale closes when the time runs out.

**Asset Location:** Office of the Auctioneer, 39 Windsor Place, Central Islip, NY 11722.



## Due Diligence Documents

**Online Bidding Form / Terms of Sale**

VIEW/DOWNLOAD

**All Documents**

VIEW/DOWNLOAD

# Have Questions? Get In Touch